# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 96-2860

_____

Michael H. Nowik,                                    *
                                                     *
              Appellant,                             *
                                                     *
       v.                                            *
                                                     *
State of North Dakota; Heidi Heitkamp,               *
Attorney General; David D. Hagler,                   *
Assistant Attorney General; James                    *
Vukelic, Solicitor General; Greg                     *
Schlosser, Gaming Investigator; North                *
Dakota Gaming Commission, Unknown                    *
Director of agent Jane Doe; North                    *
Dakota State Hospital; Dennis B.                      *
Kottke, M.D.; Joseph Belanger, M.D.;                 *   Appeal from the United States
Vickie Klein, Social Worker; University              *   District Court for the
of North Dakota, Athletic Association;                *   District of North Dakota.
Bruce Grinsteinner, Site Manager; Stark              *        [UNPUBLISHED]
County, ND; Owen Mehrer, State's                     *
Attorney; Tom Henning, Assistant                     *
State's Attorney; Maurice Hunke,                     *
District Judge; Ronald Hilden, District              *
Judge; Irene Nelson, Veterans Service                *
Officer; Cecilia Straub, Veterans                    *
Service Secretary; Kent Mischel,                      *
Custodian; James Rice, Sheriff; City of              *
Dickinson; Duane Wolf, Police Chief;                 *
Chuck Rummel, Lieutenant; Paragon                    *
Bowl, Inc.; Richard Mueller; John                    *
Mueller; Walter Fuchs; Curt Fuchs;                   *

Les Schmidt; Frank Roll; Skip     *
Waldera; William Lengowski; Pat     *
Wanner; Wheeler Wolf Law Firm;     *
Arnold V. Fleck, Attorney; Dickinson     *
Press, Inc.,     *
    *
            Appellees.     *

_____

Submitted: November 14, 1997

Filed: November 28, 1997
_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.


Michael H. Nowik appeals the district court's[1] dismissal of his sixty-seven page pro se complaint against a multitude of defendants for failure to state a claim. After a careful review of the record and the parties' submissions, we conclude that the district court's ruling was correct. The judgment is affirmed. See 8th Cir. R. 47B.


A true copy.


    Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota.